UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHANNON J. WHITESIDE**                                                                       **PLAINTIFF**

V.                           No. 3:22-CV-00184-BRW-JTR

**KILOLO KIJAKAZI,**
**Commissioner of Social Security Administration**                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered for the Defendant.

DATED this 13th day of July, 2023.

                                            BILLY ROY WILSON
                                    UNITED STATES DISTRICT JUDGE